IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CECLIA TATE,**  **PLAINTIFFS**
**Guardian of Adaisyah Coley,**
**on behalf of Estate of Derick Coley**, *et al.*

v.   CASE NO. 4:20-CV-00558-BSM

**ARKANSAS DEPARTMENT**
**OF CORRECTIONS,** *et al.*   **DEFENDANTS**

## ORDER

United States Magistrate Judge Beth Deere's recommended disposition [Doc. No. 60] is adopted. Defendants' second motion to dismiss [Doc. No. 19] is granted, and therefore plaintiffs' claims are dismissed without prejudice. The remaining motions that are pending [Doc. Nos. 11, 56, 58, and 59] are denied as moot.

IT IS SO ORDERED, this 15th day of December, 2020.

UNITED STATES DISTRICT JUDGE