IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CECLIA TATE,**　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFFS**
**Guardian of Adaisyah Coley,**
**on behalf of Estate of Derick Coley,** *et al.*

v.　　　　　　　　CASE NO. 4:20-CV-00558-BSM

**ARKANSAS DEPARTMENT**
**OF CORRECTIONS,** *et al.*　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED, this 15th day of December, 2020.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE